452 A.2d 1079

Commonwealth v. Joynes, Appellant.

Petition for Allowance of Appeal Denied March 14, 1983.

Argued January 20, 1982. Joel S. Moldusky, for appellant; Michele G. Lehr, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.